NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**AIDS HEALTHCARE FOUNDATION, INC.,**
*Plaintiff-Appellant*

**v.**

**GILEAD SCIENCES, INC., JAPAN TOBACCO INC.,**
*Defendants-Appellees*

**JOHNSON & JOHNSON, JANSSEN SCIENCES IRELAND UC,**
*Defendants*

———————————————

2016-2475

———————————————

Appeal from the United States District Court for the Northern District of California in No. 3:16-cv-00443-WHA, Judge William H. Alsup.

———————————————

**ON MOTION**

———————————————

**O R D E R**

AIDS Healthcare Foundation, Inc. moves unopposed to dismiss Johnson & Johnson and Janssen Sciences Ireland UC (collectively, "the Janssen Defendants") from this appeal.

2     AIDS HEALTHCARE FOUNDATION v. GILEAD SCIENCES, INC.

The court does not dismiss a portion of a pending appeal.  Because the Janssen Defendants were parties in the district court proceedings now on appeal, the Janssen Defendants will remain in the caption but only as defendants rather than defendants-appellees to indicate that they are not parties to this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to dismiss is denied.  The revised official caption is revised as reflected above to indicate that the Janssen Defendants are not appellees.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32