Case No. 16-2475

# United States Court of Appeals for the Federal Circuit

**AIDS HEALTHCARE FOUNDATION, INC.,**

*Plaintiff-Appellant,*

**v.**

**GILEAD SCIENCES, INC., JAPAN TOBACCO INC.**

*Defendants-Appellees*

**JOHNSON & JOHNSON, JANSSEN SCIENCES IRELAND, UC**

*Defendants*

Appeal from the United States District Court for the Northern District of California
Case No. 3:16-cv-0043-WHA, Judge William H. Alsup

## APPELLEES' JOINT MOTION FOR 30-DAY EXTENSION OF TIME TO FILE THEIR BRIEFS

Jerome W. Hoffman
Holland & Knight, LLP
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
Tel. (904) 353-2000

Neal N. Beaton
Holland & Knight, LLP
31 West 52nd Street
New York, NY 10019
Tel. (212) 513-3200

*(Continued on next page)*

Gary N. Frischling
Jason G. Sheasby
Keith A. Orso
Y. John Lu
John P. Long
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010

*Attorneys for Defendant-Appellee Gilead Sciences, Inc.*

Bruce C. Haas
Christopher C. Loh
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, NY 10104
Tel. (212) 218-2100.

*Attorneys for Defendant-Appellee*
*Japan Tobacco Inc.*

October 28, 2016

This appeal was docketed on August 12, 2016. Plaintiff-Appellant AIDS Healthcare Foundation, Inc. ("AHF") filed its Opening Brief on October 11, 2016. The briefs of Defendants-Appellees Gilead Sciences, Inc. ("Gilead") and Japan Tobacco, Inc. ("Japan Tobacco") are currently due to be filed on or before November 21, 2016. Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Gilead and Japan Tobacco respectfully request a thirty (30) day extension, through and including December 21, 2016, to file their briefs. This is Appellees' first request for an extension in this appeal.

On October 26, 2016, pursuant to Federal Circuit Rule 26(b)(2), Gilead and Japan Tobacco informed AHF of their intent to seek an extension through and including December 21, 2016. Declaration of Gary N. Frischling ("Frischling Decl.") at ¶ 4, Ex. 1. AHF has informed Gilead and Japan Tobacco that it does not oppose the requested extension. *Id.*

Good cause exists for the requested 30-day extension because the availability of Gilead and Japan Tobacco attorneys will be significantly limited in the weeks leading up to the current November 21, 2016, deadline due to conflicting professional obligations. With respect to counsel for Gilead, Mr. Gary Frischling, Mr. Orso, and Mr. Lu will be occupied preparing Patent Owner Preliminary Responses in two *inter partes reviews* due shortly after the current deadline. *Id.*,

¶ 2. And, Mr. Long will be conducting preparations in connection with the deposition of claim construction experts in another matter. *Id.*

Similarly, counsel for Japan Tobacco will be largely unavailable during the month of November. Lead counsel, Mr. Jerome Hoffman, will be occupied as he takes two depositions in addition to attending an "all pending motions" hearing on November 14. Declaration of Jerome W. Hoffman ("Hoffman Decl.") at ¶ 2. Additionally, Mr. Hoffman is scheduled to attend a Final Pretrial Conference on November 22 for a trial set to commence December 5. *Id.* Likewise, co-counsel from the Fitzpatrick Cella law firm will be largely unavailable. Mr. Haas will be in trial from November 3–18 in the Eastern District of Texas, while Mr. Loh will be occupied with an *inter partes review* for another client. *Id.*

As a result of these obligations, the availability of key counsel—who were responsible for briefing the issue presented in this appeal in the district court—to participate in the preparation of Appellees' briefs will be significantly curtailed under the current November 21 deadline. *Id*. at ¶ 3; Frischling Decl. at ¶ 3.

The requested extension, which AHF does not oppose, would thus enable counsel for the Appellees to both meet these prior obligations and appropriately participate in briefing the issues for this Court. Frischling Decl. at ¶ 3; Hoffman Decl. at ¶ 3. It would also permit counsel for the Appellees to coordinate to ensure

the briefing is presented in an efficient and streamlined fashion. *See* Frischling Decl. at ¶ 3; Hoffman Decl. at ¶ 3.

For the foregoing reasons, Defendants-Appellees Gilead and Japan Tobacco respectfully request that the Court grant this motion and extend the deadline to file Appellees' briefs through and including Wednesday, December 21, 2016. The requested extension is modest, unopposed, and is necessitated by the circumstances explained above.

Dated: October 28, 2016

Respectfully submitted,

*/s/ Gary N. Frischling*

Gary N. Frischling
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276

*Attorneys for Defendant-Appellee Gilead Sciences, Inc.*

Dated: October 28, 2016

Respectfully submitted,

Jerome W. Hoffman
Holland & Knight, LLP
50 North Laura Street, Suite 3900
Jacksonville FL, 32202

*Attorneys for Defendant-Appellee Japan Tobacco Inc.*

# CERTIFICATE OF INTEREST

Counsel for Defendant-Appellee Gilead Sciences, Inc. certifies as follows:

1. The full name of every party or amicus represented by us is:

   Gilead Sciences, Inc.

2. The name of the real party in interest represented by us is:

   N/A.

3. All parent corporations and any public companies that own 10 percent or more of the stock of the parties represented by us are:

   None.

4. The names of all law firms and the partners or associates that appeared for the parties now represented by us in the trial court or are expected to appear in this Court and who are not already listed on the docket for the current case are:

   None.

Dated: October 28, 2016

*/s/ Gary N. Frischling*

Gary N. Frischling

## CERTIFICATE OF INTEREST

Counsel for Defendant-Appellee Japan Tobacco Inc. certifies as follows:

1. The full name of every party or amicus represented by us is:

   Japan Tobacco Inc.

2. The name of the real party in interest represented by us is:

   N/A.

3. All parent corporations and any public companies that own 10 percent or more of the stock of the parties represented by us are:

   None.

4. The names of all law firms and the partners or associates that appeared for the parties now represented by us in the trial court or are expected to appear in this Court and who are not already listed on the docket for the current case are:

   Holland and Knight: Charles Lagrange Coleman, III

Dated: October 28, 2016

[signature]

Jerome W. Hoffman

# CERTIFICATE OF SERVICE

I, Gary N. Frischling, certify that on October 28, 2016, a copy of **APPELLEES' JOINT MOTION FOR 30-DAY EXTENSION OF TIME TO FILE THEIR BRIEFS** was served upon the following in the manner indicated:

**VIA ECF**

Daniel P. Hipskind
Berger & Hipskind LLP
1880 Century Park East, Suite 815
Los Angeles, CA 90067
Email: dph@bergerhipskind.com

Dorian S. Berger
Berger & Hipskind LLP
1880 Century Park East, Suite 815
Los Angeles, CA 90067
Email: dsb@bergerhipskind.com

Dated: October 28, 2016

*/s/ Gary N. Frischling*
Gary N. Frischling