NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AIDS HEALTHCARE FOUNDATION, INC.,**
*Plaintiff-Appellant*

v.

**GILEAD SCIENCES, INC., JAPAN TOBACCO INC.,**
*Defendants-Appellees*

**JOHNSON & JOHNSON, JANSSEN SCIENCES IRELAND UC,**
*Defendants*

---

2016-2475

---

Appeal from the United States District Court for the Northern District of California in No. 3:16-cv-00443-WHA, Judge William H. Alsup.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Appellant's unopposed motion for a 14-day extension of time, until January 18, 2017, to file its reply brief,

IT IS ORDERED THAT:

2  AIDS HEALTHCARE FOUNDATION v. GILEAD SCIENCES, INC.

  The motion is granted.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25